

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:            01-14-00033-CR

Style:                   Eric Alonzo Greer

                         **v.** The State of Texas

Date motion filed[*]:    January 9, 2015

Type of motion:          Unopposed Motion for Extension of Time to File State's Response Brief

Party filing motion:     The State

Document to be filed:    State's brief

Is appeal accelerated?       No

If motion to extend time:

    Original due date:                                  October 10, 2014

    Number of previous extensions granted:          2          Current Due date: January 10, 2015

    Date Requested:                                     February 10, 2015

Ordered that motion is:

    ☑    Granted        If document is to be filed, document due: **February 10, 2015**

            ☑    **The Court will not grant additional motions to extend time absent extraordinary circumstances.**

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature:   /s/ Russell Lloyd
                    ☑ Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date: January 15, 2015